UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO.2:10-cv-00065-FL

| | |
|---|---|
| **AMBER MARIE WEST and** ) | |
| **CHASE ADAM SPRUILL,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| **DARRYL LIVERMAN, individually and in** ) | **REMANDING TO** |
| **his capacity as SHERIFF OF TYRRELL** ) | **STATE COURT** |
| **COUNTY, A.K. SAWYER II, individually** ) | |
| **and in his official capacity as Sheriff's** ) | |
| **Deputy in Tyrrell County, D. BAKER,** ) | |
| **individually and in his official capacity as** ) | |
| **Sheriff's Deputy in Tyrrell County,** ) | |
| **TYRRELL COUNTY, and WESTERN** ) | |
| **SURETY COMPANY as Surety for the** ) | |
| **Tyrrell County Sheriff,** ) | |
| ) | |
| **Defendants.** ) | |

THIS CAUSE was heard by the undersigned Judge on Motion of the Plaintiff to Remand the above entitled case to the General Court of Justice, Superior Court Division, Tyrrell County, North Carolina.

The parties note that the Amended Complaint no longer states a Federal cause of Action. It is therefore appropriate for the Court, in its discretion, to decline to exercise supplemental jurisdiction over the state law claims and to remand the state law claims to state court.

IT IS THEREFORE ORDERED that the above entitled case be remanded to the General court of Justice, Superior Court Division, Tyrrell County.

THIS the 8th day of January, 2012.

/s/ Louise W. Flanagan
Judge Presiding